# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 1 1 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

In Re Application Pursuant to 28 USC 1782(A) of Euro-Diagnostica A.B. and Stichting Voor De Technische Wetenschappen

Petitioner

V.

Inova Diagnostics, Inc.

Respondent

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 09cv755-IEG(JMA)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Court finds that the first, second and third Intel factors weigh against granting the Application. The Application for Order to Take Discovery pursuant to 28 USC 1782(a) is **DENIED**. Case closed.............

| August 11, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | J. Haslam |
| | (By) Deputy Clerk |

ENTERED ON August 11, 2009

09cv755-IEG(JMA)